IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMIAN ALCANTARA,                              1:05-CV-0950 AWI WMW HC

         Petitioner,

    vs.

D. L. RUNNELS,

        Respondent.                              ORDER OF TRANSFER

_____/

     Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254.

     The petitioner is challenging a conviction from San Joaquin County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

     Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this

1  action will be transferred to the Sacramento Division.

2        Good cause appearing, IT IS HEREBY ORDERED that:

3        1.  This action is transferred to the United States District Court for the Eastern District of

4  California sitting in Sacramento; and

5        2.  All future filings shall reference the new Sacramento case number assigned and shall

6  be filed at:

7                          United States District Court
                           Eastern District of California
8                          501 "I" Street, Suite 4-200
                           Sacramento, CA 95814
9

IT IS SO ORDERED.
10

**Dated:    August 18, 2005**                   **/s/  William M. Wunderlich**
11  bl0dc4                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26